NO. 07-04-00582-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL C



MARCH 1, 2006



______________________________




GARY O. GARDNER, BEULAH DARLENE GARDNER,


AND HOLLISTER GARDNER, APPELLANTS



V.



LARRY PICKARD STEWART, SHERIFF OF SWISHER COUNTY, TEXAS


AND HONORABLE ED SELF, ACTING AS SWISHER COUNTY JUDGE


IN CAUSE NO. 1795, APPELLEES




_________________________________



FROM THE 64TH DISTRICT COURT OF SWISHER COUNTY;



NO. A10362-02-10; HONORABLE JACK D. YOUNG, JUDGE



_______________________________



Before QUINN, C.J., and REAVIS and HANCOCK, JJ. 

ORDER ON MOTION FOR CONTINUANCE


 Pending before this Court is appellee Larry Pickard Stewart's motion for continuance
on docket. By letter of February 13, 2006, the Clerk of this Court notified pro se appellants
and counsel for Stewart that this appeal was set for submission upon oral argument on
Tuesday March 7, 2006. No request for continuance or objection having been received,
on February 24, 2006, the docket for settings on March 7, 2006, was mailed to the parties
and appellee's counsel acknowledges receiving same on February 27, 2006. Larry Pickard
Stewart's motion for continuance is overruled. (1)

 It is so ordered. 

 Per Curiam
1. The motion does not contain a certificate of conference as required by Rule
10.1(a)(5) of the Texas Rules of Appellate Procedure.



>

 It is so ordered. 


 Per Curiam 

Do not publish.